THE HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SADIE TEMPLE, an individual,<br><br>                                    Plaintiff,<br><br>vs.<br><br>LIBERTY MUTUAL AUTO AND HOME SERVICES LLC, a foreign company doing business in the State of Washington,<br><br>                                    Defendant. | No. 2:25-cv-02436 RSM<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>Noted for:  03/30/2026 |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED by counsel for the parties hereto that all claims  in this action shall be dismissed with prejudice and without costs, with each party to bear their own attorneys' fees and other litigation expenses.

DATED this 10th day of March, 2026.

*s/ Cleodis Floyd*
Cleodis Floyd, WSBA# 45872
The Law Office of Cleodis Floyd, LLC
12620 Renton Avenue S. Suite 3
Seattle, WA 98178
206-257-1554 T | 206-556-2124 F
cleodis@cfloydlaw.com
Attorneys for Plaintiff

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:25-cv-02436 RSM) – 1
LSW6892.164/4903-6693-6726 v.1

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

*s/ Lesli S. Wood*
Lesli S. Wood, WSBA# 36643
WILSON SMITH COCHRAN DICKERSON
1000 Second Ave., Suite 2050
Seattle, WA 98104
206-623-4100 T | 206-623-9273 F
wood@wscd.com
Attorneys for Defendant

ORDER OF DISMISSAL

Based on the above stipulation, IT IS SO ORDERED .

DATED this 31st day of March, 2026.

_____
Ricardo S. Martinez
United States District Judge

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:25-cv-02436 RSM) – 2
LSW6892.164/4903-6693-6726 v.1

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

## CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that on the date set forth below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

DATED   March 30, 2026          .

_s/ Traci Jay_
Traci Jay

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:25-cv-02436 RSM) – 3
LSW6892.164/4903-6693-6726 v.1



WILSON
SMITH
COCHRAN
DICKERSON

1000 Second Avenue, Suite 2050
Seattle, Washington  98104
Telephone: (206) 623-4100
Fax: (206) 623-9273